No. 516. EL PUEBLO *v.* GARCÍA.—Apelación procedente de la Corte de Distrito de San Juan, Sección 2ª. Resuelto en enero 17, 1913. Confirmada la sentencia apelada de octubre 9, 1912. Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.* La parte apelante no compareció.

---

No. 523. EL PUEBLO *v.* MERCADO.—Apelación procedente de la Corte de Distrito de San Juan, Sección 2ª. Resuelto en enero 17, 1913. Confirmada la sentencia apelada de octubre 25, 1912. Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.* La parte apelante no compareció.

---

No. 384. EX PARTE VENDRELL.—Solicitud para que se apruebe la fianza notarial prestada por la National Surety Company a nombre del peticionario. Resuelto en enero 20, 1913. Aprobada la fianza. El peticionario compareció en nombre propio.

---

No. 525. EL PUEBLO *v.* ROBLEDO.—Apelación procedente de la Corte de Distrito de Guayama. Resuelto en enero 20, 1913. Confirmada la sentencia apelada de septiembre 18, 1912. Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.* La parte apelante no compareció.

---

No. 75. EX PARTE HORTON.—Solicitud para que se apruebe la fianza notarial prestada por la National Surety Company a nombre del peticionario. Resuelto en enero 21, 1913. Aprobada la fianza. El peticionario compareció en nombre propio.

---

No. 338. IN RE ESTEVES.—Solicitud de la National Surety